**Douglas Charles GOLLIHAR, Appellant,**

v.

**The STATE of Texas.**

**No. 1808–01.**

Court of Criminal Appeals of Texas.

Sept. 11, 2002.

Walter M. Reaves, Jr., West, for Appellant.

Richard L. Hattox, DA, Granbury, Matthew Paul, State's Attorney, Austin, for State.

*OPINION*

PER CURIAM.

A jury convicted appellant of a state jail felony theft offense. The Court of Appeals affirmed. *Gollihar v. State,* 56 S.W.3d 606, 609 (Tex.App.-Texarkana 2001). We granted appellant's petition for discretionary review.

Having examined the record and considered the arguments in this case, we conclude that our decision to grant review was

improvident. Appellant's petition for discretionary review is dismissed.